# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: THEO, DEAN | § | Case No. 10-44300 |
| THEO, DENA | § |  |
|  | § |  |
| Debtor(s) | § |  |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 01, 2010.  The undersigned trustee was appointed on October 01, 2010.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as  **Exhibit A.**

4.  The trustee realized the gross receipts of                    $              55,059.43

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,871.00 |
| Bank service fees | 229.46 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 52,958.97 |

The remaining funds are available for distribution.

5.  Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.   The deadline for filing  non-governmental claims in this case was 07/15/2011
and the deadline for filing governmental claims was 07/15/2011.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as  **Exhibit C** .

7. The Trustee's proposed distribution is attached as  **Exhibit D** .

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$6,002.95.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $6,002.95, for a total compensation of $6,002.95. [1] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of   $0.00
and now requests reimbursement for expenses of $42.20, for total expenses of
$42.20.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date:  10/03/2011              By:/s/RICHARD M. FOGEL
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-44300 | Trustee:        (330720)     RICHARD M. FOGEL |
| Case Name:    THEO, DEAN | Filed (f) or Converted (c): 10/01/10 (f) |
|                    THEO, DENA | §341(a) Meeting Date:  11/29/10 |
| Period Ending: 10/03/11 | Claims Bar Date:  07/15/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand: 180 Old Farm Road, Northfield IL       Orig. Asset Memo: Imported from original petition Doc# 11 | 1,540.00 | 0.00 | DA | 0.00 | FA |
| 2 | General household goods and furnishings, includi       Orig. Asset Memo: Imported from original petition Doc# 11 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Everyday wearing apparel       Orig. Asset Memo: Imported from original petition Doc# 11 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Fur coat       Orig. Asset Memo: Imported from original petition Doc# 11 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Membership interest - 1600 South, LLC       Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Membership interest- Harrison Properties, LLC       Orig. Asset Memo: Imported from original petition Doc# 11  (See Footnote) | 0.00 | Unknown | | 55,000.00 | FA |
| 7 | 2004 Honda CRV       Orig. Asset Memo: Imported from original petition Doc# 11 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Range Rover       Orig. Asset Memo: Imported from original petition Doc# 11 | 5,000.00 | 700.00 | DA | 0.00 | FA |
| 9 | Real Property- 4310 Oak Bluff, Holiday, FL  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.43 | Unknown |
| 10 | **Assets**    Totals (Excluding unknown values) | **$14,540.00** | **$700.00** | | **$55,002.43** | **$0.00** |

RE PROP# 6      Harrison Properties in Ch 11 (09-26818).  Auction held on 5/12/11.  Sold for $55,000 per o/c 5-12-11.

**Major Activities Affecting Case Closing:**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | | | |
|---|---|---|---|
| **Case Number:** | 10-44300 | **Trustee:**          (330720)      RICHARD M. FOGEL | |
| **Case Name:** | THEO, DEAN | **Filed (f) or Converted (c):** | 10/01/10 (f) |
| | THEO, DENA | **§341(a) Meeting Date:** | 11/29/10 |
| **Period Ending:** 10/03/11 | | **Claims Bar Date:** | 07/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**     June 30, 2012          **Current Projected Date Of Final Report (TFR):**     June 30, 2012

Exhibit B

# **Form 2**

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-44300 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | THEO, DEAN | | Bank Name: | The Bank of New York Mellon |
| | THEO, DENA | | Account: | 9200-******02-65 - Money Market Account |
| Taxpayer ID #: | **-***9149 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/03/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/13/11 | {6} | JAMES STIVERS | Downpayment for membership interest per o/c 5-12-11 | 1129-000 | 11,000.00 | | 11,000.00 |
| 05/16/11 | {6} | ALEX THEO | Balance of proceeds of sale | 1129-000 | 44,000.00 | | 55,000.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.63 | | 55,000.63 |
| 06/20/11 | | To Account #9200******0266 | Account Transfer- copy of tax return | 9999-000 | | 57.00 | 54,943.63 |
| 06/21/11 | | From Account #9200******0266 | Account Transfer- return to be provided by debtors | 9999-000 | 57.00 | | 55,000.63 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.45 | | 55,001.08 |
| 07/13/11 | | To Account #9200******0266 | Account Transfer- copies of tax returns | 9999-000 | | 57.00 | 54,944.08 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.46 | | 54,944.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 105.42 | 54,839.12 |
| 08/11/11 | | UNITED STATES TREASURY | Refund of fee for tax return (no return on file) | 1290-000 | 57.00 | | 54,896.12 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.46 | | 54,896.58 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 127.80 | 54,768.78 |
| 09/01/11 | | To Account #9200******0266 | Account Transfer- income taxes | 9999-000 | | 1,814.00 | 52,954.78 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.76 | 52,958.54 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.43 | | 52,958.97 |

|  | | | ACCOUNT TOTALS | | 55,116.43 | 2,157.46 | $52,958.97 |
|  | | | Less: Bank Transfers | | 57.00 | 1,928.00 | |
|  | | | **Subtotal** | | **55,059.43** | **229.46** | |
|  | | | Less: Payments to Debtors | | | 0.00 | |
|  | | | **NET Receipts / Disbursements** | | **$55,059.43** | **$229.46** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-44300 | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** THEO, DEAN | **Bank Name:** The Bank of New York Mellon |
| THEO, DENA | **Account:** 9200-******02-66 - Checking Account |
| **Taxpayer ID #:** **-***9149 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/03/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/20/11 | | From Account #9200******0265 | Account Transfer- copy of tax return | 9999-000 | 57.00 | | 57.00 |
| 06/21/11 | | To Account #9200******0265 | Account Transfer- return to be provided by debtors | 9999-000 | | 57.00 | 0.00 |
| 07/13/11 | | From Account #9200******0265 | Account Transfer- copies of tax returns | 9999-000 | 57.00 | | 57.00 |
| 07/14/11 | 101 | UNITED STATES TREASURY | Form 4506 Request- SSN 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 Voided on 07/14/11 | 2990-000 | | 57.00 | 0.00 |
| 07/14/11 | 101 | UNITED STATES TREASURY | Form 4506 Request- SSN 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 Voided: check issued on 07/14/11 | 2990-000 | | -57.00 | 57.00 |
| 07/14/11 | 102 | UNITED STATES TREASURY | Form 4506 Request- SSN 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 | 2990-000 | | 57.00 | 0.00 |
| 09/01/11 | | From Account #9200******0265 | Account Transfer- income taxes | 9999-000 | 1,814.00 | | 1,814.00 |
| 09/02/11 | 103 | UNITED STATES TREASURY | 2011 Form 1041 (38-6979149) | 2810-000 | | 478.00 | 1,336.00 |
| 09/02/11 | 104 | ILLINOIS DEPARTMENT OF REVENUE | 2011 FORM 1L-1041-V (38-6979149) | 2820-000 | | 1,336.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,928.00** | **1,928.00** | **$0.00** |
| Less: Bank Transfers | 1,928.00 | 57.00 | |
| **Subtotal** | **0.00** | **1,871.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$1,871.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******02-65** | **55,059.43** | **229.46** | **52,958.97** |
| **Checking # 9200-******02-66** | **0.00** | **1,871.00** | **0.00** |
| | **$55,059.43** | **$2,100.46** | **$52,958.97** |

{} Asset reference(s)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-44300
Case Name: THEO, DEAN
Trustee Name: RICHARD M. FOGEL

**Balance on hand:**                    $                52,958.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------:|------------------------:|-------------------------:|-----------------:|
| 1S | Internal Revenue Service | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 |

Total to be paid to secured creditors:   $        10,000.00
Remaining balance:                        $        42,958.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| Trustee, Fees - RICHARD M. FOGEL | 6,002.95 | 0.00 | 6,002.95 |
| Trustee, Expenses - RICHARD M. FOGEL | 42.20 | 0.00 | 42.20 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 967.50 | 0.00 | 967.50 |

Total to be paid for chapter 7 administration expenses:   $        7,012.65
Remaining balance:                                        $        35,946.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:                                            $        35,946.32

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $509,113.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 1P | Internal Revenue Service | 405,951.19 | 0.00 | 28,662.50 |
| 17P | ILLINOIS DEPARTMENT OF REVENUE | 103,161.85 | 0.00 | 7,283.82 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |  | Total to be paid for priority claims: | $ | 35,946.32 |
|  |  |  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 658,081.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 26,021.15 | 0.00 | 0.00 |
| 2 | Barr Management | 376.77 | 0.00 | 0.00 |
| 3 | Dr John Klimadiotis | 1,296.00 | 0.00 | 0.00 |
| 4 | Chapir's Domiltic Agency Inc | 450.00 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7,916.34 | 0.00 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 1,877.98 | 0.00 | 0.00 |
| 7 | George Stergiadis | 107,272.77 | 0.00 | 0.00 |
| 8 | George Stergiadis | 363,322.00 | 0.00 | 0.00 |
| 9 | Anesthesia Consultants | 132.00 | 0.00 | 0.00 |
| 10 | Austin Anesthesia, LLC | 896.00 | 0.00 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 8,667.12 | 0.00 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 5,464.86 | 0.00 | 0.00 |
| 13 | Capital Recovery IV LLC | 7,649.18 | 0.00 | 0.00 |
| 14 | Capital Recovery IV LLC | 903.95 | 0.00 | 0.00 |
| 15 | FIA Card Services, NA/Bank of America | 12,872.45 | 0.00 | 0.00 |
| 16 | Belongia, Shapiro & Hynes | 112,962.58 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 16,287.24 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 17U | ILLINOIS DEPARTMENT OF REVENUE | 16,287.24 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $         0.00

Remaining balance:  $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| | None | | | |

Total to be paid for subordinated claims:  $         0.00

Remaining balance:  $         0.00

**UST Form 101-7-TFR (05/1/2011)**