# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: THEO, DEAN § | Case No. 10-44300 |
| THEO, DENA § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL            , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street
  7th Floor
  Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 11/17/2011 in Courtroom 682, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/14/2011    By: /s/RICHARD M. FOGEL
                                    Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: THEO, DEAN § | Case No. 10-44300 |
| THEO, DENA § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   55,059.43

*and approved disbursements of*   $   2,100.46

*leaving a balance on hand of* [1]   $   52,958.97

**Balance on hand:**   $   52,958.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 |

Total to be paid to secured creditors:   $   10,000.00
Remaining balance:   $   42,958.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 6,002.95 | 0.00 | 6,002.95 |
| Trustee, Expenses - RICHARD M. FOGEL | 42.20 | 0.00 | 42.20 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 967.50 | 0.00 | 967.50 |

Total to be paid for chapter 7 administration expenses:   $   7,012.65
Remaining balance:   $   35,946.32

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 35,946.32 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $509,113.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 405,951.19 | 0.00 | 28,662.50 |
| 17P | ILLINOIS DEPARTMENT OF REVENUE | 103,161.85 | 0.00 | 7,283.82 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 35,946.32 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 658,081.15 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 26,021.15 | 0.00 | 0.00 |
| 2 | Barr Management | 376.77 | 0.00 | 0.00 |
| 3 | Dr John Klimadiotis | 1,296.00 | 0.00 | 0.00 |
| 4 | Chapir's Domiltic Agency Inc | 450.00 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7,916.34 | 0.00 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 1,877.98 | 0.00 | 0.00 |
| 7 | George Stergiadis | 107,272.77 | 0.00 | 0.00 |
| 8 | George Stergiadis | 363,322.00 | 0.00 | 0.00 |
| 9 | Anesthesia Consultants | 132.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Austin Anesthesia, LLC | 896.00 | 0.00 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 8,667.12 | 0.00 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 5,464.86 | 0.00 | 0.00 |
| 13 | Capital Recovery IV LLC | 7,649.18 | 0.00 | 0.00 |
| 14 | Capital Recovery IV LLC | 903.95 | 0.00 | 0.00 |
| 15 | FIA Card Services, NA/Bank of America | 12,872.45 | 0.00 | 0.00 |
| 16 | Belongia, Shapiro & Hynes | 112,962.58 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 16,287.24 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 17U | ILLINOIS DEPARTMENT OF REVENUE | 16,287.24 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-44300-JBS
Dean Theo                                                                 Chapter 7
Dena Theo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: acox                    Page 1 of 2           Date Rcvd: Oct 17, 2011
                               Form ID: pdf006               Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
```
db         +Dean Theo,    180 Old Farm Road,    Northfield, IL 60093-1039
jdb        +Dena Theo,    180 Old Farm Road,    Northfield, IL 60093-1039
16335650   +1600 South LLC,    180 Old Farm Road,    Northfield, IL 60093-1039
16224845   +Allegiance Community Bank,    c/o Martin & Karcazes Ltd.,    161 N.Clark St., Suite 550,
             Chicago, IL 60601-3376
16224846   +American Weathermakers,    341 Anthony Trail,    Northbrook, IL 60062-2013
16224847   +Arnold G. Siegel,    20 N. Clark St.,    Chicago, IL 60602-5113
16224850   +Barr Management,    2400 W. Devon,    Chicago, IL 60659-1963
16224851   +Baugh Dalton Carlson & Ryan, LLC,    55 W. Monroe, Suite 600,    Chicago, IL 60603-5091
16224852   +Belongia Shapiro & Franklin LLP,    fka Belongia, Shapiro & Hynes,    Ashley L Varterasian,
             20 S. Clark St, Suite 300,    Chicago, IL 60603-1896
16335652   +Broadway Bank,    c/o Serpe Dizonno & Assoc,    One Pierce Place Ste 150C,    Itasca, IL 60143-2692
16224867   +CTK Properties,    1010 Hooker St., Suite 300,    IL 60642-4633
16224853   +Capital One Bank,    c/o Blatt Hasenmiller,    125 S. Wacker Drive, Suite 400,
             Chicago, IL 60606-4440
17230791    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
             Oklahoma City, OK  73124-8839
17225456   +Chapir's Domiltic Agency Inc,    Activity Collection Service,    664 N Milwaukee Ave,
             Prospect Heights, IL 60070-2300
16224856   +Chase Bank,    OH1-1188,    340 S. Cleveland Ave. Bldg. 370,    Westerville, OH 43081-8917
16224857   +Chase Card Services,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
16224859   +Citizens Bank,    c/o Letvin & Stein,    541 N. Fairbanks Ct.,    Chicago, IL 60611-3319
16224860   +City of Chicago,    121 N LaSalle St., Room 107,    Chicago, IL 60602-1232
16224861   +City of Evanston,    2100 Ridge Avenue,    Evanston, IL 60201-2700
16224862    Comcast,    PO Box 3052,    Southeastern, PA 19398
16224864   +Credit Management Control,    P.O Box 1654,    Green Bay, WI 54305-1654
16224865   +Credit One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
16224868    Demetrios N. Dalmares,    10061 S. 94th Ave.,    Tinley Park, IL 60487
16224871   +Dish Network,    Dept. 0063,    Palatine, IL 60055-0001
16224872   +Dorothy Peven,    1780 Maple Street Suite 8,    Winnetka, IL 60093-3021
16224844   +Dr John Klimadiotis,    Activity Collection Service,    664 N Milwaukee Ave.,
             Prospect Heights, IL 60070-2300
16224874   +George Stergiadis,    c/o Arnstein & Lehr - K. Armiros,    120 S. Riverside Plaza, Suite 1200,
             Chicago, IL 60606-3910
16224876   +HSBC Neiman Marcus,    P.O. Box 5253,    Carol Stream, IL 60197-5253
16224875   +Harris Bank,    111 W. Monroe,    Chicago, IL 60603-4095
16224878   +IL Bone & Joint Inst.,    150 N. Michigan Ave., Suite 1400,    Chicago, IL 60601-7568
16224879  ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court:   IL Dept. of Revenue,    Bankruptcy Section Level 7-425,
             100 W. Randolph St.,    Chicago, IL 60606)
17878312    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
16224880   +Illinois Tollway,    2700 Ogden Ave.,    Downers Grove, IL 60515-1703
16224881   +Integrity Physical Therapy,    PO Box 822411,    Philadelphia, PA 19182-2411
16224882   +Internal Revenue Service,    Dept of the Treasury,    PO Box 7346,    Philadelphia, PA 19101-7346
16224883   +KCA Financial Services,    628 North Street,    Geneva, IL 60134-1356
16224884   +Lavelle Law Offices,    208 S. LaSalle, Suite 1410,    Chicago, IL 60604-1253
16224885   +Leda Sanchez, MD,    360 E. Randolph, Suite 3907,    Chicago, IL 60601-7340
16224886   +Leon G. Lome,    800 Austin St., Suite 569E,    Evanston, IL 60202-3456
16224889   +MB Financial Bank,    Successor to Broadway Bank,    800 W. Madison Street,
             Chicago, IL 60607-2630
16224888    Mark Allen Berk,    400 Westmoreland Rd., Suite 222,    Lake Forest, IL 60045
16224890   +NationStar Mortgage,    350 Highland Drive,    Lewisville, TX 75067-4177
16224892   +North Shore University HealthSys.,    2500 Ridge Ave.,    Evanston, IL 60201-2455
16224893   +Northeastern Illinois University,    5500 N. St. Louis Ave.,    Chicago, IL 60625-4699
16224894   +Northwestern Univ. PD,    1819 Hinman Ave.,    Evanston, IL 60208-0811
16224896  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court:   Portfolio Recovery Associates,    120 Corporate Boulevard,
             Norfolk, VA 23502)
17441869  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
17441870  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Providian National Bank,
             POB 41067,    Norfolk VA 23541)
16224895   +Peoples Gas,    130 E. Randolph, Suite 2400,    Chicago, IL 60601-6322
16224898   +Quest Diagnostics,    175 E. Bethel Drive,    Bourbonnais, IL 60914-1456
16224899   +Ravinia Assoc.,    1777 Green Bay Road, Suite 201,    Highland Park, IL 60035-3109
16224900   +Republic Bank of Chicago,    Successor to Citizens Bank,    2221 Camden Court,
             Oak Brook, IL 60523-4516
16224902   +Resurrection Health Care,    355 Ridge Ave.,    Evanston, IL 60202-3328
16224903   +Rose Pest Solutions,    414 Frontage Road,    Northfield, IL 60093-3010
16224904    Sears,    P.O. Box 6924,    The Lakes, NV 88901-6924
16224905   +T-Mobile,    12920 SE 38th St.,    Bellevue, WA 98006-7305
16224906    Target Corp.,    P.O. Box 038994,    Tuscaloosa, AL 35403-8994
```

```
District/off: 0752-1          User: acox              Page 2 of 2            Date Rcvd: Oct 17, 2011
                              Form ID: pdf006         Total Noticed: 75


16224907     +Travelers Ins.,   One Tower Square,   Hartford, CT 06183-0002
16224909     +Village of Northfield,   361 Happ Road,   Northfield, IL 60093-3482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17406735      E-mail/Text: contact@csicollects.com Oct 18 2011 02:14:14      Anesthesia Consultants,
               c/o Certified Services Inc,   PO Box 177,   Waukegan, IL 60079-0177
16224848     +E-mail/Text: contact@csicollects.com Oct 18 2011 02:14:14      Austin Anesthesia, LLC,
               c/o Certified Services Inc.,   P O Box 177,   Waukegan, IL 60079-0177
16224854     +E-mail/Text: jmastenb@ccrservices.com Oct 18 2011 02:14:38      CCR Services,   P.O. Box 32299,
               Columbus, OH 43232-0299
17472657      E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2011 03:11:14      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16224855     +E-mail/Text: contact@csicollects.com Oct 18 2011 02:14:14      Certified Services, Inc.,
               1733 Washington St., Suite. 201,   Waukegan, IL 60085-5192
16224863     +E-mail/Text: legalcollections@comed.com Oct 18 2011 02:13:57      Commonwealth Edison,
               System Credit/Bankruptcy Dept.,   2100 Swift Drive,   Oak Brook, IL 60523-1559
16224866     +E-mail/Text: clerical.department@yahoo.com Oct 18 2011 02:14:31      Creditors Collection Bureau,
               755 Almar Parkway Suite C,   Bourbonnais, IL 60914-2393
16224870      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2011 03:10:16      Discover Financial Services,
               P.O. Box 15316,   Wilmington, DE 19850
16224869     +E-mail/Text: collections@barrmgmt.com Oct 18 2011 02:15:02      Devon Financial Service,
               6414 N Western Avenue,   Chicago, IL 60645-5422
17542469      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2011 03:07:43
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16224873      E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13      GE Money Bank,   P.O. Box 981127,
               El Paso, TX 79998-1127
16224877     +E-mail/Text: Bankruptcy@icsystem.com Oct 18 2011 02:15:51      IC Systems, Inc.,
               444 Highway 96 East,   PO Box 64378,   Saint Paul, MN 55164-0378
16224887     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 18 2011 02:12:38      LVNV Funding,
               PO Box 10497,   Greenville, SC 29603-0497
16224891     +E-mail/Text: bankrup@nicor.com Oct 18 2011 02:12:51      Nicor,   Attn: Bankruptcy & Collections,
               P.O. Box 549,   Aurora, IL 60507-0549
16224901     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 18 2011 02:12:39
               Resurgent Capital Services LP,   15 South Main Street, Suite 600,   Greenville, SC 29601-2768
16224908     +E-mail/PDF: ucsinc@unitedcreditservice.com Oct 18 2011 03:10:44      United Credit Service,
               15 N. Lincoln Street,   PO Box 740,   Elkhorn, WI 53121-0740
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16224858       Chris Dimas
16224897       Providian National Bank
16224849     ##Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
16335651    ##+Harrison Properties LLC,   180 Old Farm Road,   Northfield, IL 60093-1039
                                                                                   TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**                    **Signature:**    _Joseph Speetjens_