**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: THEO, DEAN            § Case No. 10-44300 | |
| THEO, DENA                § | |
| § | |
| Debtor(s)                  § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $14,540.00 *(without deducting any secured claims)* | Assets Exempt: $11,840.00 |
| Total Distribution to Claimants: $45,946.97 | Claims Discharged Without Payment: $6,271,252.94 |
| Total Expenses of Administration: $9,113.11 | |

3) Total gross receipts of $ 55,060.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $55,060.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,113.16 | 9,113.11 | 9,113.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,086.20 | 508,113.04 | 509,113.04 | 35,946.97 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,320,061.38 | 674,368.39 | 674,368.39 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,333,147.58 | $1,201,594.59 | $1,202,594.54 | $55,060.08 |

    4) This case was originally filed under Chapter 7 on October 01, 2010. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2012     By: /s/RICHARD M. FOGEL
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund of fee for tax return (no return on file) | 1290-000 | 57.00 |
| Membership interest- Harrison Properties, LLC | 1129-000 | 55,000.00 |
| Interest Income | 1270-000 | 3.08 |
| **TOTAL GROSS RECEIPTS** | | **$55,060.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 4210-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $10,000.00 | $10,000.00 | $10,000.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 6,003.00 | 6,002.95 | 6,002.95 |
| RICHARD M. FOGEL | 2200-000 | N/A | 42.20 | 42.20 | 42.20 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 967.50 | 967.50 | 967.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATES TREASURY | 2990-000 | N/A | 57.00 | 57.00 | 57.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 105.42 | 105.42 | 105.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 127.80 | 127.80 | 127.80 |
| UNITED STATES TREASURY | 2810-000 | N/A | 478.00 | 478.00 | 478.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 1,336.00 | 1,336.00 | 1,336.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -3.76 | -3.76 | -3.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,113.16 | 9,113.11 | 9,113.11 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | unknown | 405,951.19 | 405,951.19 | 28,663.02 |
| 17P | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 13,086.20 | 102,161.85 | 103,161.85 | 7,283.95 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 13,086.20 | 508,113.04 | 509,113.04 | 35,946.97 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 26,021.15 | 26,021.15 | 0.00 |
| 2 | Barr Management | 7100-000 | 219.00 | 376.77 | 376.77 | 0.00 |
| 3 | Dr John Klimadiotis | 7100-000 | N/A | 1,296.00 | 1,296.00 | 0.00 |
| 4 | Chapir's Domiltic Agency Inc | 7100-000 | N/A | 450.00 | 450.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | unknown | 7,916.34 | 7,916.34 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,877.98 | 1,877.98 | 0.00 |
| 7 | George Stergiadis | 7100-000 | unknown | 107,272.77 | 107,272.77 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | George Stergiadis | 7100-000 | N/A | 363,322.00 | 363,322.00 | 0.00 |
| 9 | Anesthesia Consultants | 7100-000 | N/A | 132.00 | 132.00 | 0.00 |
| 10 | Austin Anesthesia, LLC | 7100-000 | 246.00 | 896.00 | 896.00 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 8,667.12 | 8,667.12 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 5,464.86 | 5,464.86 | 0.00 |
| 13 | Capital Recovery IV LLC | 7100-000 | N/A | 7,649.18 | 7,649.18 | 0.00 |
| 14 | Capital Recovery IV LLC | 7100-000 | N/A | 903.95 | 903.95 | 0.00 |
| 15 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 12,872.45 | 12,872.45 | 0.00 |
| 16 | Belongia, Shapiro & Hynes | 7100-000 | 100,000.00 | 112,962.58 | 112,962.58 | 0.00 |
| 17U | ILLINOIS DEPARTMENT OF REVENUE | 7200-000 | N/A | 16,287.24 | 16,287.24 | 0.00 |
| NOTFILED | Leon G. Lome | 7100-000 | 2,519.00 | N/A | N/A | 0.00 |
| NOTFILED | Leda Sanchez, MD | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Lavelle Law Offices | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | MB Financial Bank Successor to Broadway Bank | 7100-000 | 5,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | LVNV Funding | 7100-000 | 8,380.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nation Star Mortgage | 7100-000 | 35,627.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Allen Berk | 7100-000 | 209.65 | N/A | N/A | 0.00 |
| NOTFILED | IC Systems, Inc. | 7100-000 | 4,752.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dorothy Peven | 7100-000 | 3,210.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Neiman Marcus | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | 2,483.30 | N/A | N/A | 0.00 |
| NOTFILED | IL Bone & Joint Inst. | 7100-000 | 253.00 | N/A | N/A | 0.00 |
| NOTFILED | Integrity Physical Therapy | 7100-000 | 482.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery Associates | 7100-000 | 15,500.00 | N/A | N/A | 0.00 |
| NOTFILED | North Shore University HealthSys. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rose Pest Solutions | 7100-000 | 183.63 | N/A | N/A | 0.00 |
| NOTFILED | T-Mobile | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Travelers Ins. One Tower Square | 7100-000 | 3,678.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Village of Northfield | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | United Credit Service | 7100-000 | 226.00 | N/A | N/A | 0.00 |
| NOTFILED | Resurrection Health Care | 7100-000 | 2,075.40 | N/A | N/A | 0.00 |
| NOTFILED | Resurgent Capital Services LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Univ. PD | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 154.24 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Providian National Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Republic Bank of Chicago Successor to Citizens Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ravinia Assoc. | 7100-000 | 278.00 | N/A | N/A | 0.00 |
| NOTFILED | Northeastern Illinois University | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Devon Financial Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Allegiance Community Bank c/o Martin & Karcazes Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IL Dept. of Revenue | 7100-000 | 13,086.20 | N/A | N/A | 0.00 |
| NOTFILED | Activity Collection Service | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | American Weathermakers | 7100-000 | 186.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold G. Siegel | 7100-000 | 378.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Control | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 834.40 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison System Credit/Bankruptcy Dept. | 7100-000 | 2,266.51 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 825.89 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection Bureau | 7100-000 | 3,210.00 | N/A | N/A | 0.00 |
| NOTFILED | CTK Properties | 7100-000 | 14,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Demetrios N. Dalmares | 7100-000 | 3,376.75 | N/A | N/A | 0.00 |
| NOTFILED | City of Evanston | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago | 7100-000 | 1,430.00 | N/A | N/A | 0.00 |
| NOTFILED | CCR Services | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 12,872.00 | N/A | N/A | 0.00 |
| NOTFILED | Baugh Dalton Carlson & Ryan, LLC | 7100-000 | 55,496.82 | N/A | N/A | 0.00 |
| NOTFILED | Certified Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank c/o Letvin & Stein | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chris Dimas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 412.59 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Chase Card Services | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 5,320,061.38 | 674,368.39 | 674,368.39 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-44300  
**Case Name:** THEO, DEAN  
THEO, DENA  
**Period Ending:** 01/03/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 10/01/10 (f)  
**§341(a) Meeting Date:** 11/29/10  
**Claims Bar Date:** 07/15/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand: 180 Old Farm Road, Northfield IL<br>   Orig. Asset Memo: Imported from original petition Doc# 11 | 1,540.00 | 0.00 | DA | 0.00 | FA |
| 2 | General household goods and furnishings, includi<br>   Orig. Asset Memo: Imported from original petition Doc# 11 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Everyday wearing apparel<br>   Orig. Asset Memo: Imported from original petition Doc# 11 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Fur coat<br>   Orig. Asset Memo: Imported from original petition Doc# 11 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Membership interest - 1600 South, LLC<br>   Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Membership interest- Harrison Properties, LLC<br>   Orig. Asset Memo: Imported from original petition Doc# 11  (See Footnote) | 0.00 | Unknown | | 55,000.00 | FA |
| 7 | 2004 Honda CRV<br>   Orig. Asset Memo: Imported from original petition Doc# 11 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Range Rover<br>   Orig. Asset Memo: Imported from original petition Doc# 11 | 5,000.00 | 700.00 | DA | 0.00 | FA |
| 9 | Real Property- 4310 Oak Bluff, Holiday, FL  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.08 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$14,540.00** | **$700.00** | | **$55,003.08** | **$0.00** |

RE PROP# 6   Harrison Properties in Ch 11 (09-26818). Auction held on 5/12/11. Sold for $55,000 per o/c 5-12-11.

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-44300  
**Case Name:** THEO, DEAN  
THEO, DENA  
**Period Ending:** 01/03/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 10/01/10 (f)  
**§341(a) Meeting Date:** 11/29/10  
**Claims Bar Date:** 07/15/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2012     **Current Projected Date Of Final Report (TFR):** October 14, 2011 (Actual)

Printed: 01/03/2012 06:36 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-44300  
**Case Name:** THEO, DEAN  
THEO, DENA  
**Taxpayer ID #:** **-***9149  
**Period Ending:** 01/03/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******02-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/13/11 | {6} | JAMES STIVERS | Downpayment for membership interest per o/c 5-12-11 | 1129-000 | 11,000.00 | | 11,000.00 |
| 05/16/11 | {6} | ALEX THEO | Balance of proceeds of sale | 1129-000 | 44,000.00 | | 55,000.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.63 | | 55,000.63 |
| 06/20/11 | | To Account #9200******0266 | Account Transfer- copy of tax return | 9999-000 | | 57.00 | 54,943.63 |
| 06/21/11 | | From Account #9200******0266 | Account Transfer- return to be provided by debtors | 9999-000 | 57.00 | | 55,000.63 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 55,001.08 |
| 07/13/11 | | To Account #9200******0266 | Account Transfer- copies of tax returns | 9999-000 | | 57.00 | 54,944.08 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 54,944.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 105.42 | 54,839.12 |
| 08/11/11 | | UNITED STATES TREASURY | Refund of fee for tax return (no return on file) | 1290-000 | 57.00 | | 54,896.12 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 54,896.58 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 127.80 | 54,768.78 |
| 09/01/11 | | To Account #9200******0266 | Account Transfer- income taxes | 9999-000 | | 1,814.00 | 52,954.78 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.76 | 52,958.54 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 52,958.97 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 52,959.41 |
| 11/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.21 | | 52,959.62 |
| 11/16/11 | | To Account #9200******0266 | Close account and transfer for final distributions | 9999-000 | | 52,959.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **55,117.08** | **55,117.08** | **$0.00** |
| | | | Less: Bank Transfers | | 57.00 | 54,887.62 | |
| | | | **Subtotal** | | **55,060.08** | **229.46** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$55,060.08** | **$229.46** | |

{} Asset reference(s)

Printed: 01/03/2012 06:36 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-44300 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | THEO, DEAN | | Bank Name: | The Bank of New York Mellon |
| | THEO, DENA | | Account: | 9200-******02-66 - Checking Account |
| Taxpayer ID #: | **-***9149 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/03/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/20/11 | | From Account #9200******0265 | Account Transfer- copy of tax return | 9999-000 | 57.00 | | 57.00 |
| 06/21/11 | | To Account #9200******0265 | Account Transfer- return to be provided by debtors | 9999-000 | | 57.00 | 0.00 |
| 07/13/11 | | From Account #9200******0265 | Account Transfer- copies of tax returns | 9999-000 | 57.00 | | 57.00 |
| 07/14/11 | 101 | UNITED STATES TREASURY | Form 4506 Request- SSN 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 Voided on 07/14/11 | 2990-000 | | 57.00 | 0.00 |
| 07/14/11 | 101 | UNITED STATES TREASURY | Form 4506 Request- SSN 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 Voided: check issued on 07/14/11 | 2990-000 | | -57.00 | 57.00 |
| 07/14/11 | 102 | UNITED STATES TREASURY | Form 4506 Request- SSN 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 | 2990-000 | | 57.00 | 0.00 |
| 09/01/11 | | From Account #9200******0265 | Account Transfer- income taxes | 9999-000 | 1,814.00 | | 1,814.00 |
| 09/02/11 | 103 | UNITED STATES TREASURY | 2011 Form 1041 (38-6979149) | 2810-000 | | 478.00 | 1,336.00 |
| 09/02/11 | 104 | ILLINOIS DEPARTMENT OF REVENUE | 2011 FORM 1L-1041-V (38-6979149) | 2820-000 | | 1,336.00 | 0.00 |
| 11/16/11 | | From Account #9200******0265 | Close account and transfer for final distributions | 9999-000 | 52,959.62 | | 52,959.62 |
| 11/18/11 | 105 | Internal Revenue Service | 100.00% dividend on Claim # 1S, Ref: | 4210-000 | | 10,000.00 | 42,959.62 |
| 11/18/11 | 106 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 967.50 | 41,992.12 |
| 11/18/11 | 107 | Internal Revenue Service | 7.06% dividend on Claim # 1P, Ref: | 5800-000 | | 28,663.02 | 13,329.10 |
| 11/18/11 | 108 | ILLINOIS DEPARTMENT OF REVENUE | 7.06% dividend on Claim # 17P, Ref: | 5800-000 | | 7,283.95 | 6,045.15 |
| 11/18/11 | 109 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,045.15 | 0.00 |
| | | | Dividend paid 100.00%    6,002.95 on $6,002.95;  Claim# A; Filed: $6,003.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    42.20 on $42.20;  Claim# B; Filed: $42.20 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 54,887.62 | 54,887.62 | $0.00 |
| | | | Less: Bank Transfers | | 54,887.62 | 57.00 | |
| | | | Subtotal | | 0.00 | 54,830.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $54,830.62 | |

{} Asset reference(s)                                                                                                       Printed: 01/03/2012 06:36 AM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-44300  
**Case Name:** THEO, DEAN  
THEO, DENA  
**Taxpayer ID #:** **-***9149  
**Period Ending:** 01/03/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******02-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******02-65** | **55,060.08** | **229.46** | **0.00** |
| **Checking # 9200-******02-66** | **0.00** | **54,830.62** | **0.00** |
| | **$55,060.08** | **$55,060.08** | **$0.00** |